# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WEINER, KRISTOL, AERENSON<br>JOINT VENTURE, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant.<br>_____/ | )<br>)<br>)<br>)   Case No: 1:22-cv-00204-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: April 12, 2022

                                      Respectfully Submitted,


                            By: */s/ David T. Crumplar*
                                David T. Crumplar (#5876)
                                Jacobs & Crumplar, P.A.
                                *Of Counsel*
                                750 Shipyard Drive
                                Suite 200
                                Wilmington, DE 19801
                                Tel.: (302) 656-5445
                                Fax: (302) 656-5875
                                E-Mail:  davy@jcdelaw.com

                                      -and-

                                KU & MUSSMAN, P.A.
                                18501 Pines Blvd, Suite 209-A
                                Pembroke Pines, FL 33029
                                Tel: (305) 891-1322
                                Fax: (954) 686-3976

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system, and a true and correct copy will be mailed to the following:

WEINER, KRISTOL,
AERENSON JOINT VENTURE, LLC
2213 Concord Pike
Wilmington, DE 19803

Buddy Aerenson
2213 Concord Pike
Wilmington, DE 19803
baerenson@aol.com

By: <i>/s/ David T. Crumplar</i><br>David T. Crumplar (#5876)